WEIL, GOTSHAL & MANGES LLP

**EXHIBIT A**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| U.S. ELECTRONICS, INC., | CASE NO. 06 CV 7899 (RMB) |
|---|---|
| Plaintiff, | JUDGE BERMAN |
| v. | |
| DIRECTED ELECTRONICS, INC., | |
| Defendant. | |

### JOINT STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL REMAINING CLAIMS IN THE ACTION

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the parties in the above-captioned action, as evidenced by the signatures of their duly authorized counsel, that all of the remaining claims asserted in this litigation be dismissed without prejudice, subject to the terms and conditions of the parties' August 31, 2007 letter agreement.

Dated: August 31, 2007

COUNSEL FOR PLAINTIFF

_____
Scott Martin (SM-7373)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

COUNSEL FOR DEFENDANT

_____
Kristen E. Caverly (*pro hac vice*)
HENDERSON & CAVERLY LLP
P.O. Box. 9144 (all U.S. Mail)
16236 San Dieguito Rd., Ste. 4-13
Rancho Santa Fe, CA 92067

SO ORDERED on this 6th day of December 2007

_____
Richard M. Berman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/06/07